No. 92–9135. TARAZON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–9136. WILLIAMS v. UNITED STATES; and
No. 93–5500. FRISON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–9137. SEALS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–9138. WOOTEN v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 92–9139. TOWARD v. GOMEZ, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–9140. JONES v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–9141. PARISH v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–9142. PERSLEY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–9143. MACK v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–9144. MINGO v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 92–9145. OWENS v. ASHLEY. C. A. 11th Cir. Certiorari denied.

No. 92–9147. ANDERSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–9148. CLAYTON v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 92–9149. BROOKS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–9150. BROWN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.